FORM CACB van161–od13i
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 STATUS CONFERENCE [11 U.S.C. § 109(g)]

**DEBTOR INFORMATION:**
Mary Gayle Tuff
aka Dallas Tuff, aka Mary Gayle Tuff

**BANKRUPTCY NO.**  6:19–bk–20850–WJ

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–8341
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 1/2/20

**Address:**
4131 Forest Highlands Circle
Corona, CA 92883

Pursuant to the court's findings and conclusions made at the status conference in this case,

IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed;

(2)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law; and

(3)  pursuant to Bankruptcy Code Sections 109(g), debtor is prohibited from filing any new bankruptcy petition within 180 days of the date of entry of this order.

BY THE COURT,

Dated: January 2, 2020

**Wayne E. Johnson**
United States Bankruptcy Judge